# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DEWAYNE HATTON, | No. 2:22-cv-2143 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The court previously ordered plaintiff to file a new application to proceed in forma pauperis as the certificate portion of plaintiff's first application was not completed. (ECF No. 8.)

Plaintiff has filed a new motion to proceed in forma pauperis. (ECF No. 9.) However, the certificate portion of the new in forma pauperis application has again not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 9) is denied without prejudice;

2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

3. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application or pay the full filing fee for this action ($402).  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  March 20, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/Prisoner Inbox/Civil Rights/R/hatt2143.3c(2)