1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC DEWAYNE HATTON,                    No.  2:22-cv-02143 KJM DB P

12                    Plaintiff,

13            v.                              ORDER

14    SACRAMENTO SHERIFF'S
      DEPARTMENT,
15
                      Defendant.
16

17

18            Plaintiff, a former county inmate proceeding pro se, has filed this civil rights action

19    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

20    Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21            On June 27, 2023, the magistrate judge filed findings and recommendations, which were

22    served on plaintiff and which contained notice to plaintiff that any objections to the findings and

23    recommendations were to be filed within twenty days.  (ECF No. 11.)  Plaintiff has not filed

24    objections to the findings and recommendations.

25            Although it appears from the file that plaintiff's copy of the findings and

26    recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

27    keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

28    of documents at the record address of the party is fully effective.

1        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

2  602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

3  de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

4  by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

5  . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

6  supported by the record and by the proper analysis.

7        Accordingly, IT IS HEREBY ORDERED that:

8      1.  The findings and recommendations filed June 27, 2023 (ECF No. 11) are adopted in

9  full;

10      2.  This action is dismissed without prejudice; and

11      3.  The Clerk of the Court is directed to close this case.

12  DATED:  August 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE